[No. 12414-2-III.    Division Three.    April 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
F. HUNTINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 91-1-50207-1, Albert J. Yencopal, J., entered April 14, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 12354-5-III.    Division Three.    April 21, 1994.]

DONALD L. SYTH, *Respondent*, v. JIM JESS
IMPLEMENT, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 88-2-00398-6, Jerry M. Moberg, J., entered March 6, 1992. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 12394-4-III.    Division Three.    April 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS
CORDERO GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-00342-8, Robert N. Hackett, Jr., J., entered April 27, 1992. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., Sweeney, J., dissenting.

[No. 32758-5-I.    Division One.    April 25, 1994.]

CONTINENTAL PLACE CONDOMINIUM HOMEOWNERS
ASSOCIATION, *Respondent*, v. MARK YOKERS,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-07580-8, Robert E. Dixon, J. Pro Tem., entered May 7, 1993. *Affirmed* by unpublished per curiam opinion.